BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Amy L. Dempsey,<br><br>    Plaintiff,<br><br>      v.<br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-cv-1207-EFB<br><br>**STIPULATION AND ORDER FOR SENTENCE SIX REMAND** |

1

The parties have agreed to a voluntary remand of this case pursuant to sentence six of 42 U.S.C. § 405(g) because the Administrative Law Judge (ALJ) used information that pertains to another claimant in his decision.  Upon remand, the Appeals Council will remand the case to an Administrative Law Judge for a de novo hearing, any action necessary to correct and complete the administrative record, and a new decision.

Respectfully submitted on September 10, 2012,

/s/ James M. Dolenga *
JAMES M. DOLENGA
Plaintiff's Attorney
* by Armand Roth by 09/10/12 email authorization


BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
  By:  /s/ Armand Roth
Special Assistant United States Attorney

ORDER

SO ORDERED.

Dated:  September 11, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2