BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| AMY L. DEMPSEY, | Case No.: 12-cv-01207-EFB |
|     Plaintiff, | STIPULATION AND ORDER TO REOPEN FOR ENTRY OF JUDGMENT |
|     vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, United States District Court, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective attorneys of record, hereby stipulate to reopen the above matter. By a previous stipulation entered on September 11, 2012, this matter was remanded under sentence six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). On September 27, 2013, the

-1-

1  Administrative Law Judge for Social Security issued a fully favorable decision.

2  The parties stipulate to reopen this matter seeking judgment for Plaintiff consistent

3  with the attached ALJ decision.

4  DATE:   April 21, 2014          Respectfully submitted,

5                                    /s/ *James M. Dolenga*
                                   James M. Dolenga
6                                  Attorney for plaintiff

7  
   DATE: April 17, 2014
8                                  BENJAMIN B. WAGNER
                                   United States Attorney
9                                   DONNA L. CALVERT
                                   Acting Regional Chief Counsel, Region IX,
10

11                                 BY:    /s/ *Armand D. Roth*
                                    Armand D. Roth
12                                  Special Assistant United States Attorney
                                   Attorneys for Defendant MICHAEL J. ASTRUE
13                                 Commissioner of Social Security

14

15

16  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

17  DATED:  May 22, 2014.

18                                 _____
19                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26